IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　**08-MC-2**
　　　v.　　　　　　　　　　　　　　　)　　Case No. ~~98-C-659~~
　　　　　　　　　　　　　　　　　　　)
PHILIP M. KOBER,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　　　)

---

**ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

---

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Philip M. Kober serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before July 7, 2008.

Dated this 16th day of JUNE, 2008.

BY THE COURT:

_____
STEPHEN L. CROCKER
United States Magistrate Judge

Copy of this document has been provided to Kober
this 17th day of June, 2008
by C A Korth
C. A. Korth, Secretary to
Magistrate Judge Crocker